■ RONALD B. GOULD et al., Respondents, v WESTWIND ASSOCIATES et al., Appellants.—Order and judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, Galloway, J. (Appeal from Order and Judgment of Supreme Court, Monroe County, Galloway, J.—Partnership Accounting.) Present—Denman, P. J., Callahan, Boomer, Balio and Davis, JJ.